IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ARNELL NIGHTINGALE                                                   PLAINTIFF

VS.                                    NO. 3:09CV00166

SAFECO INSURANCE COMPANY OF AMERICA                      DEFENDANT

## ORDER

Pending is Defendant's motion to compel. (Docket # 12). No response has been filed. For good cause shown, the motion is GRANTED. Plaintiff is directed to provide full and complete responses to the outstanding discovery requests within fifteen (15) days of the entry of this Order.

IT IS SO ORDERED this 17th day of March, 2010.

_____
James M. Moody
United States District Judge