IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**ARNELL NIGHTINGALE**                                                                  **PLAINTIFF**

**VS.**                                                  **NO. 3:09CV00166**

**SAFECO INSURANCE COMPANY OF AMERICA**                           **DEFENDANT**

## ORDER

Pending is Defendant's motion for expenses. (Docket # 19). No response has been filed. By order entered April 8, 2010, the Court denied Defendant's motion to dismiss, imposed sanctions on Plaintiff for abuse of the discovery process and directed Defendant to file the pending motion. For good cause shown, Defendant's motion for expenses is GRANTED. Defendant is hereby awarded $750.00 in fees and expenses to be paid by Plaintiff.

IT IS SO ORDERED this 7th day of May, 2010.

James M. Moody
United States District Judge