**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**ARNELL NIGHTINGALE**                                                      **PLAINTIFF**

**VS.**                                          **NO. 3:09CV00166**

**SAFECO INSURANCE COMPANY OF AMERICA**                  **DEFENDANT**

## ORDER

Pending is Plaintiff's motion for continuance (Docket # 26). Defendant has filed a response. For good cause shown, the motion to continue will be GRANTED. The case will be removed from the trial docket the week of September 13, 2010 and will be re-set by separate order. Based upon the Court's previous orders compelling discovery (DE # 13), imposing sanctions for abuse of the discovery process (DE # 18) and awarding attorney's fees (DE # 20), the Court will not amend the discovery or motions deadlines.

IT IS SO ORDERED this 27th day of July, 2010.

James M. Moody
United States District Judge