IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**ARNELL NIGHTINGALE**                                                **PLAINTIFF**

VS.                                     NO. 3:09CV00166

**SAFECO INSURANCE COMPANY OF AMERICA**                  **DEFENDANT**

## ORDER

Pending is Plaintiff's motion to dismiss without prejudice. (Docket #44). For good cause shown, the motion is GRANTED. Plaintiff's complaint is hereby dismissed without prejudice. The Clerk is directed to close the case.

IT IS SO ORDERED this 16th day of February, 2011.

James M. Moody
United States District Judge